707 A.2d 1144

David James OLMSTEAD, Appellee,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 22, 1997.

Decided April 23, 1998.

Timothy P. Wile, Harold H. Cramer, Andrew S. Gordon, Paul A. Tufano, Harrisburg, for appellant.

Daniel J. Barrett, Athens, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

AND NOW, this 23rd day of April, 1998, we **AFFIRM** the Order of the Commonwealth Court on the basis of our Opinion in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 708 A.2d 481, and without regard to the issue of whether the New York offense of Driving While Ability Impaired, N.Y. Veh. & Traf. Law § 1192(1), is substantially similar to the Pennsylvania offense of Driving Under the Influence, 75 Pa. C.S. § 3731(a)(1), for purposes of imposing a driver's license suspension pursuant to the Driver License Compact of 1961.